# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: National Association of Music Merchants, Musical Instruments and Equipment Antitrust Litigation | MDL No. 2127<br><br>(USDC Case Nos. 09cv2002, 09cv2146, 09cv2151, 09cv2178, 09cv2211, 09cv2267, 09cv2285, 09cv2332, 09cv2418, 09cv2423 )<br><br>**ORDER RE: RELATED CASES; AND**<br><br>**ORDER STAYING CASES** |

Case number 09cv2267-LAB (JMA), *Sepulveda v. Guitar Center* is related to the low-numbered case listed in the caption, 09cv2002-LAB (POR), *Giambusso v. National Association of Music Merchants,* within the meaning of Civil Local Rule 40.1(f) but is not yet designated as such. In *Sepulveda* the Plaintiff filed a notice of related case as required under Civil Local Rule 40.1(e). The Clerk is now directed to make this designation in the docket of the two cases.

Several related cases, whose numbers are listed in the caption of this Order ("MDL Cases"), are pending before the Court, and are the subject of motions before the Panel on Multidistrict Litigation ("MDL Panel"). Case 09cv2151 has already been stayed pending the MDL Panel's decision. In order to permit the orderly and efficient disposition, the MDL Cases are hereby **STAYED** pending a decision from the MDL Panel. The joint motions to

extend time to answer filed in case numbers 09cv2211, 09cv2332, 09cv2418, and 09cv2423 are **GRANTED**. Defendants in the MDL Cases need not answer or otherwise respond until the stay is lifted.

**IT IS SO ORDERED**.

DATED: December 8, 2009

*Larry A. Burns*

**HONORABLE LARRY ALAN Burns**
United States District Judge